UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. BG-15-01530 |
| | CHAPTER 13 |
| RANDAL L BERKOBIEN | |
| GAIL A BERKOBIEN | JUDGE JAMES W. BOYD |
| | |
| DEBTORS | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, BARBARA P. FOLEY TRUSTEE files this Notice of Final Cure Payment.

**Name of Creditor:** MICHAEL BERKOBIEN

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid By Trustee |
|---|---|---|---|---|
| 6 | 4726 | $1,468.87 | $1,468.87 | $1,468.87 |
| Total Amount Paid by Trustee | | | | $1,468.87 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X** Through the Chapter 13 Conduit        ___ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. BG-15-01530

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of June, 2020.

RANDAL L BERKOBIEN, GAIL A BERKOBIEN, 16066 RIVER BEND DR, SPRING LAKE, MI 49456

ELECTRONIC SERVICE - JOSHI LAW PLLC, PO BOX 18, FRUITPORT, MI 49415

MICHAEL BERKOBIEN, % ZOLTON LAW OFFICES, 6420 NORMANDY DR, SAGINAW, MI 48638

Date:  June 04, 2020

/s/ BARBARA P. FOLEY TRUSTEE
BARBARA P. FOLEY TRUSTEE
Chapter 13 Trustee
PO BOX 51109
KALAMAZOO, MI  49005